JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| J Q HUEY, LLC; J Q HUEY II, LLC, | Case No. 2:21-cv-00765-CAS-GJS |
| Plaintiffs, | [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | Judge: The Hon. Christina A. Snyder |
| TRANSAMERICA LIFE INSURANCE COMPANY, | Complaint Filed: January 23, 2021 |
| Defendant. | |

10
11
12
13
14
15
16
17

18    Based on the Parties' Stipulation for Dismissal with Prejudice,

19    IT IS HEREBY ORDERED THAT the entire action is dismissed with

20 prejudice, with each Party to bear its own attorney's fees and costs.

21    **IT IS SO ORDERED.**

22 Dated: May 4, 2022

23    _Christina A. Snyder_ _____

The Hon. Christina A. Snyder
United States District Judge

24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28